| | |
|---|---|
| 1 | SCOTT N. SCHOOLS, SC SBN 9990<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>EDWARD OLSEN, CSBN 214150 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-6915<br>FAX: (415) 436-6927 |
| 7 | |
| 8 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| RAPHAEL HAKOPDJANIAN, | ) | |
| Plaintiff, | ) | No. C 07-2086 JL |
| v. | ) | |
| Department of Homeland Security, MICHAEL CHERTOFF, Secretary; United States Citizenship and Immigration Services, EMILIO T. GONZALEZ, Director; United States Citizenship and Immigration Services, ALFONSO AGUILAR, Chief; United States Citizenship and Immigration Services, ROSEMARY MELVILLE, District Director; U.S. Attorney General, ALBERTO GONZALES; Federal Bureau of Investigation, ROBERT S. MUELLER, III, Director, | ) ) ) ) ) ) ) ) ) ) ) | **STIPULATION TO EXTEND DATES;<br>and [PROPOSED] ORDER** |
| Defendants. | ) | |

   Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

   1. Plaintiff filed this action on or about April 13, 2007. Defendants filed their response on June 25, 2007.

   2. Pursuant to this Court's April 13, 2007 Order Setting Initial Case Management Conference, the parties are required to file a joint case management statement on June 25, 2007, and attend a case management conference on August 1, 2007.

Stipulation to Extend Dates
C07-2086 JL                                        1

3. In order to allow sufficient time for Defendants prepare a joint case management statement, and possibly administratively resolve the case, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

Last day to file/serve Joint Case Management Statement:   August 29, 2007

Case Management Conference:   September 5, 2007, at 10:30 a.m.

Dated: July 23, 2007                Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____/s/_____
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Dated: July 20, 2007                _____/s/_____
MONICA KANE
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED

Dated: July 23, 2007

_____
JAMES LARSON
United States Magistrate Judge

Stipulation to Extend Dates
C07-2086 JL                2