1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-6915
       FAX: (415) 436-6927
7

8  Attorneys for Defendants

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                           SAN FRANCISCO DIVISION

12 RAPHAEL HAKOPDJANIAN,            )
                                    )   No. C 07-2086 JL
13              Plaintiff,          )
                                    )
14         v.                       )
                                    )   **STIPULATION TO DISMISS AND**
15 Department of Homeland Security, MICHAEL ) **[PROPOSED] ORDER**
   CHERTOFF, Secretary; United States Citizenship )
16 and Immigration Services, EMILIO T. )
   GONZALEZ, Director; United States Citizenship )
17 and Immigration Services, ALFONSO AGUILAR,)
   Chief; United States Citizenship and Immigration )
18 Services, ROSEMARY MELVILLE, District )
   Director; U.S. Attorney General, ALBERTO )
19 GONZALES; Federal Bureau of Investigation, )
   ROBERT S. MUELLER, III, Director,  )
20                                  )
                Defendants.          )
21 _____ )

22     Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

23 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

24 action without prejudice in light of the fact that the United States Citizenship and Immigration

25 Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to

26 adjudicate such application within 30 days of the dismissal of this action.

27     Each of the parties shall bear their own costs and fees.

28 ///

Stipulation to Dismiss
C07-2086 JL                                    1

| | | |
|---|---|---|
| 1 | Dated: July 26, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS<br>United States Attorney |
| 4 | | _____/s/_____<br>EDWARD A. OLSEN |
| 5 | | Assistant United States Attorney<br>Attorneys for Defendants |
| 7 | Dated: July 26, 2007 | _____/s/_____ |
| 8 | | MONICA KANE<br>Attorney for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: July 27, 2007

_____
JAMES LARSON
United States Magistrate Judge

Stipulation to Dismiss
C07-2086 JL                                              2